IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EVER VILLALTA, §
§
Petitioner, §
§
v. §                    1:26-CV-766-RP
§
CHARLOTTE COLLINS, *Warden, T. Don* §
*Hutto Detention Center*, FNU MARMOLEJO, §
*Supervisor, ICE Field Office*, §
§
Respondents. §

## <u>ORDER</u>

Before the Court is Petitioner Ever Villalta's ("Petitioner") Petition for Writ of Habeas

Corpus under 28 U.S.C. § 2241. (Dkt. 1). Petitioner, proceeding *pro se*, asks this Court to issue a writ

of habeas corpus because he has allegedly been detained since July 7, 2022. (*Id.* at 4, 6). He pleads

that his detention for over three years is "more than the six months permitted by law" and that his

"deportation is not reasonably foreseeable." (*Id.* at 6).

On April 13, 2026, Federal Respondents filed a response in this matter ("the Response").

(Dkt. 6). The Court finds that the Response does not address Petitioner's claim brought under

*Zadvydas v. Davis*, 533 U.S. 678 (2001). As such, **IT IS ORDERED** that Respondents shall provide a

brief supplemental response addressing Petitioner's *Zadvydas* claim on or before **April 20, 2026.**

**SIGNED** on April 14, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE